**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-2189

ANTHONY E. HURLEY,

Plaintiff - Appellant,

versus

P.F.Z. PROPERTIES, INCORPORATED; JACK KATZ,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  William D. Quarles, Jr., District Judge. (CA-04-1545-WDQ)

Submitted:  January 28, 2005          Decided:  February 18, 2005

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Anthony E. Hurley, Appellant Pro Se. Elizabeth C. Honeywell, Jason Thomas Sayers, VENABLE, LLP, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony E. Hurley appeals the district court's order dismissing his claim against Defendants and denying his subsequent Motion to Alter or Amend Judgment in this civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Hurley v. P.F.Z. Prop., Inc., No. CA-04-1545-WDQ (D. Md. filed June 30, 2004 & entered July 1, 2004; Aug. 3, 2004; Aug. 17, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED